# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JIMMY GASTON                                                                                                    PLAINTIFF

v.                                        No. 5:11CV00094 JLH

LAWRENCE WEBSTER, in his individual
and official capacity as a police officer for
Eudora, Arkansas Police Department, et al.                                          DEFENDANTS

## ORDER

Without objection, the deadline for filing dispositive motions is extended up to and including December 2, 2011.  Document #16.

IT IS SO ORDERED this 2nd day of December, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE