#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### PINE BLUFF DIVISION

JIMMY GASTON                                                                                         PLAINTIFF

v.                                            No. 5:11CV00094 JLH

LAWRENCE WEBSTER, in his individual
and official capacity as a police officer for
Eudora, Arkansas Police Department, et al.                                           DEFENDANTS

### ORDER

Without objection, the deadline for filing dispositive motions is extended up to and including December 2, 2011.  Document #16.

IT IS SO ORDERED this 2nd day of December, 2011.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE