**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JIMMY GASTON                                                                                             PLAINTIFF

v.                                          NO. 5:11CV00094 JLH

LAWRENCE WEBSTER, in his individual
and official capacity as a police officer for the
Eudora Police Department; JAMES NOWDEN,
in his individual and official capacity as a
police officer for the Eudora Police Department;
DELNOR GLENN, individually and in his official
capacity as a police officer for the Eudora Police Department;
and HORACE WATKINS, in his official capacity as
Chief of Police for the Eudora Police Department                                   DEFENDANTS

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed. Therefore, the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

IT IS SO ORDERED this 26th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE